Label Matrix for local noticing
1083-2
Case 26-20494
District of Kansas
Kansas City
Tue Apr  7 16:20:08 CDT 2026

American Express
PO Box 981537
El Paso TX 79998-1537

Apple Card - GS Bank ISA
Lockbox 6112
PO BOX 7247
Philadelphia PA 19170-6112

Axiom Flooring LLC
15225 Broadmoor St.
Overland Park KS 66223-3199

Axiom Flooring LLC
c/o Registered Agent
16334 S Summertree Lane
Olathe KS 66062-7927

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Barclay's Bank Delaware
PO Box 8803
Wilmington DE 19899-8803

Boulder Hills Homes Ass'n, Inc
c/o Travis Schram, agent
6300 W. 143rd St, Ste. 200
Overland Park KS 66223-5500

Cadles of West Virginia LLC
100 North Center St
c/o The Cadle Company
Newton Falls OH 44444-1321

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Central Bank of the Midwest
c/o MVP Law FIrm
10 E. Cambridge Circle Dr,
Ste. 300
Kansas City KS 66103-1342

Credit One Bank
PO Box 60500
City of Industry CA 91716-0500

Credit One Bank
PO Box 98873
Las Vegas NV 89193-8873

Credit One Bank
PO Box 98875
Las Vegas NV 89193-8875

Discover by Capital One
15000 Capital One Dr.
Richmond VA 23238-1119

Discover by Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Eleanor Murray
15082 Highway FF
Mount Vernon MO 65712-8417

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMCB Card
PO Box 15369
Wilmington DE 19850-5369

KU Medical Center
2330 Shawnee Mission Parkway
#200
Mission KS 66205-2005

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Mazuma Credit Union
9300 Troost Ave
Kansas City MO 64131-3008

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Pappas Hayden Westberg & Jack
7500 W 100th St, Ste. 110
Attn:  Gregory Pappas &
Austin Hayden
Overland Park KS 66210

Paypal
2211 N 1st St
San Jose CA 95131-2021

(p)SBA
DISTRICT COUNSEL KANSAS CITY
200 N BROADWAY
SUITE 1500
ST LOUIS MO 63102-2755

SBA
409 3rd St., SW
Washington DC 20416-0005

SYNCB/VENMO
PO BOX 71737
Philadelphia PA 19176-1737

Small Business Administration
Commercial Loan Service Center
Attention:  Purchase Unit
2120 Riverfront Dr. Suite 100
Little Rock AR 72202-1794

Small Business Administration
PO Box 3918
Portland OR 97208-3918

| | | |
|---|---|---|
| Small Business Administration (SBA)<br>District Counsel<br>220 West Douglas Ave, Ste. 450<br>Wichita KS 67202-3137 | Syncb/Venmo<br>4125 Windward Plaza<br>Alpharetta GA 30005-8738 | Toyota Financial Services<br>Credit Dispute Research Team<br>Cedar Rapids IA 52409 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | (p)UNITED STATES ATTORNEY'S OFFICE<br>500 STATE AVENUE SUITE 360<br>KANSAS CITY KS 66101-2400 | United States SBA<br>District Counsel<br>220 West Douglas Ave.<br>Ste. 450<br>Wichita KS 67202-3137 |
| University of Kansas Medical<br>3901 Rainbow Boulevard<br>attn: billing<br>Kansas City KS 66160-8500 | Valon Mortgage, Inc.<br>1501 W Fountainhead Parkway S<br>Tempe AZ 85282-1868 | Valon Mortgage, Inc.<br>9450 SW Gemini Dr<br>PMB 28754<br>Beaverton OR 97008-7105 |
| (p)VIVINT SMART HOME<br>ATTN EXCEPTION REVIEW<br>3401 ASHTON BLVD<br>LEHI UT 84048-5307 | Robbin L Messerli<br>PO Box 8686<br>Prairie Village, KS 66208-0686 | Ryan A Blay<br>Wm Law<br>15095 W 116th St.<br>Olathe, KS 66062-1098 |
| Troy B Fuqua<br>17289 S Allman Rd.<br>Olathe, KS 66062-7542 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| SBA<br>1000 Walnut St STE 500<br>Kansas City MO 64106 | US Attorney<br>500 State Ave 360<br>Kansas City KS 66101 | Vivint Smart Home<br>4931 North 300 West,<br>Provo UT 84604 |

**End of Label Matrix**
Mailable recipients    42
Bypassed recipients     0
Total                  42