# United States Bankruptcy Court
## District of Kansas

In re **Troy B Fuqua**

Debtor(s)

Case No.

Chapter **11**

## DECLARATION REGARDING PAYMENT ADVICES
## OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

**Debtor:**
Mark statement that applies to you:

☐     I have not been employed by any employer within the 60 days before the date of the filing of the petition.

■     I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached, except:

_____

_____

_____

_____

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____

(Explanation)

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____

(Explanation)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct.

Executed on **March 23, 2026** (date) by    **/s/ Troy B Fuqua**
                                        **Troy B Fuqua** (debtor)

LBR 1007.1(a)(2)(E) Declaration RE: Payment Advices or Evidence of Payment (rev. 3/2020)

# gusto

# Earnings Statement

Pay period: Aug 16, 2025 - Aug 31, 2025  Pay Day: Aug 29, 2025
Troy Fuqua's bank account ( . . . 2985): $4,314.51

**Company**

Eskie & Associates LLC
12120 State Line Rd
Leawood, KS 66209
816-223-1046

**Employee**

Troy Fuqua
XXX-XX-3936
17289 S Allman Rd
Olathe, KS 66062

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $75.52 | 80.0 | $6,041.67 | $96,666.72 |
| Totals | | 80.0 | $6,041.67 | $96,666.72 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,001.96 | $16,031.36 |
| Social Security | $374.59 | $5,993.34 |
| Medicare | $87.61 | $1,401.67 |
| Kansas State Tax | $263.00 | $4,208.00 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $374.59 | $5,993.34 |
| Medicare | $87.61 | $1,401.67 |
| FUTA | $0.00 | $42.00 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $11,116.48 |
| Dental Insurance Employee | Deduction | $23.18 | $370.88 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,041.67 | $96,666.72 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,727.16 | $27,634.37 |
| Post-Tax Deductions/Contributions | $717.96 | $11,487.36 |
| Net Pay | $3,596.55 | $57,544.99 |
| Total Reimbursements | $717.96 | $12,005.60 |
| Health reimbursement arrangement | $717.96 | $11,487.36 |
| Mileage | $0.00 | $248.50 |
| Mileage 5650 | $0.00 | $259.70 |
| Meal 5601 | $0.00 | $10.04 |
| Check Amount | $4,314.51 | $69,550.59 |
| Total Hours Worked | 80.0 | 1280.0 |

# gusto

# Earnings Statement

Pay period: Sep 1, 2025 - Sep 15, 2025 Pay Day: Sep 15, 2025
Troy Fuqua's bank account ( . . . 2985): $4,598.73

| Company | Employee |
|---|---|
| Eskie & Associates LLC | Troy Fuqua |
| 12120 State Line Rd | XXX-XX-3936 |
| Leawood, KS 66209 | 17289 S Allman Rd |
| 816-223-1046 | Olathe, KS 66062 |

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $75.52 | 80.0 | $6,041.67 | $102,708.39 |
| Totals | | 80.0 | $6,041.67 | $102,708.39 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,001.96 | $17,033.32 |
| Social Security | $374.58 | $6,367.92 |
| Medicare | $87.60 | $1,489.27 |
| Kansas State Tax | $263.00 | $4,471.00 |

### Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $374.58 | $6,367.92 |
| Medicare | $87.60 | $1,489.27 |
| FUTA | $0.00 | $42.00 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $11,811.26 |
| Dental Insurance Employee | Deduction | $23.18 | $394.06 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,041.67 | $102,708.39 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,727.14 | $29,361.51 |
| Post-Tax Deductions/Contributions | $717.96 | $12,205.32 |
| Net Pay | $3,596.57 | $61,141.56 |
| Total Reimbursements | $1,002.16 | $13,007.76 |
| Health reimbursement arrangement | $717.96 | $12,205.32 |
| Mileage | $0.00 | $248.50 |
| Mileage 5650 | $0.00 | $259.70 |
| Meal 5601 | $0.00 | $10.04 |
| Expense Report | $284.20 | $284.20 |
| Check Amount | $4,598.73 | $74,149.32 |
| Total Hours Worked | 80.0 | 1360.0 |

# gusto

# Earnings Statement

Pay period: Sep 16, 2025 - Sep 30, 2025 Pay Day: Sep 30, 2025
Troy Fuqua's bank account ( . . . 2985): $4,314.52

**Company**

Eskie & Associates LLC
12120 State Line Rd
Leawood, KS 66209
816-223-1046

**Employee**

Troy Fuqua
XXX-XX-3936
17289 S Allman Rd
Olathe, KS 66062

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $75.52 | 80.0 | $6,041.67 | $108,750.06 |
| **Totals** | | 80.0 | **$6,041.67** | **$108,750.06** |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,001.96 | $18,035.28 |
| Social Security | $374.58 | $6,742.50 |
| Medicare | $87.61 | $1,576.88 |
| Kansas State Tax | $263.00 | $4,734.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $374.58 | $6,742.50 |
| Medicare | $87.61 | $1,576.88 |
| FUTA | $0.00 | $42.00 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $12,506.04 |
| Dental Insurance Employee | Deduction | $23.18 | $417.24 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,041.67 | $108,750.06 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,727.15 | $31,088.66 |
| Post-Tax Deductions/Contributions | $717.96 | $12,923.28 |
| Net Pay | $3,596.56 | $64,738.12 |
| Total Reimbursements | $717.96 | $13,725.72 |
| Health reimbursement arrangement | $717.96 | $12,923.28 |
| Mileage | $0.00 | $248.50 |
| Mileage 5650 | $0.00 | $259.70 |
| Meal 5601 | $0.00 | $10.04 |
| Expense Report | $0.00 | $284.20 |
| Check Amount | $4,314.52 | $78,463.84 |
| Total Hours Worked | 80.0 | 1440.0 |



# Earnings Statement

Pay period: Oct 1, 2025 - Oct 15, 2025 Pay Day: Oct 15, 2025
Troy Fuqua's bank account ( . . . 2985): $4,314.52

**Company**

Eskie & Associates LLC
12120 State Line Rd
Leawood, KS 66209
816-223-1046

**Employee**

Troy Fuqua
XXX-XX-3936
17289 S Allman Rd
Olathe, KS 66062

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $75.52 | 80.0 | $6,041.67 | $114,791.73 |
| **Totals** | | **80.0** | **$6,041.67** | **$114,791.73** |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,001.96 | $19,037.24 |
| Social Security | $374.59 | $7,117.09 |
| Medicare | $87.60 | $1,664.48 |
| Kansas State Tax | $263.00 | $4,997.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $374.59 | $7,117.09 |
| Medicare | $87.60 | $1,664.48 |
| FUTA | $0.00 | $42.00 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $13,200.82 |
| Dental Insurance Employee | Deduction | $23.18 | $440.42 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,041.67 | $114,791.73 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,727.15 | $32,815.81 |
| Post-Tax Deductions/Contributions | $717.96 | $13,641.24 |
| Net Pay | $3,596.56 | $68,334.68 |
| Total Reimbursements | $717.96 | $14,443.68 |
| Health reimbursement arrangement | $717.96 | $13,641.24 |
| Mileage | $0.00 | $248.50 |
| Mileage 5650 | $0.00 | $259.70 |
| Meal 5601 | $0.00 | $10.04 |
| Expense Report | $0.00 | $284.20 |
| Check Amount | $4,314.52 | $82,778.36 |
| Total Hours Worked | 80.0 | 1520.0 |



# Earnings Statement

**Company**

Eskie & Associates LLC
12120 State Line Rd
Leawood, KS 66209
816-223-1046

**Employee**

Troy Fuqua
XXX-XX-3936
17289 S Allman Rd
Olathe, KS 66062

Pay period: Oct 16, 2025 - Oct 31, 2025 Pay Day: Oct 31, 2025
Troy Fuqua's bank account ( . . . 2985): $4,314.53

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $75.52 | 80.0 | $6,041.67 | $120,833.40 |
| **Totals** | | 80.0 | **$6,041.67** | **$120,833.40** |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,001.96 | $20,039.20 |
| Social Security | $374.58 | $7,491.67 |
| Medicare | $87.60 | $1,752.08 |
| Kansas State Tax | $263.00 | $5,260.00 |

### Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $374.58 | $7,491.67 |
| Medicare | $87.60 | $1,752.08 |
| FUTA | $0.00 | $42.00 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $13,895.60 |
| Dental Insurance Employee | Deduction | $23.18 | $463.60 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,041.67 | $120,833.40 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,727.14 | $34,542.95 |
| Post-Tax Deductions/Contributions | $717.96 | $14,359.20 |
| Net Pay | $3,596.57 | $71,931.25 |
| Total Reimbursements | $717.96 | $15,161.64 |
| Health reimbursement arrangement | $717.96 | $14,359.20 |
| Mileage | $0.00 | $248.50 |
| Mileage 5650 | $0.00 | $259.70 |
| Meal 5601 | $0.00 | $10.04 |
| Expense Report | $0.00 | $284.20 |
| Check Amount | $4,314.53 | $87,092.89 |
| Total Hours Worked | 80.0 | 1600.0 |

 gusto

# Earnings Statement

Pay period: Nov 1, 2025 - Nov 15, 2025 Pay Day: Nov 14, 2025
Troy Fuqua's bank account ( . . . 2985): $4,314.52

**Company**

Eskie & Associates LLC
12120 State Line Rd
Leawood, KS 66209
816-223-1046

**Employee**

Troy Fuqua
XXX-XX-3936
17289 S Allman Rd
Olathe, KS 66062

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $75.52 | 80.0 | $6,041.67 | $126,875.07 |
| **Totals** | | **80.0** | **$6,041.67** | **$126,875.07** |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,001.96 | $21,041.16 |
| Social Security | $374.58 | $7,866.25 |
| Medicare | $87.61 | $1,839.69 |
| Kansas State Tax | $263.00 | $5,523.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $374.58 | $7,866.25 |
| Medicare | $87.61 | $1,839.69 |
| FUTA | $0.00 | $42.00 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $14,590.38 |
| Dental Insurance Employee | Deduction | $23.18 | $486.78 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,041.67 | $126,875.07 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,727.15 | $36,270.10 |
| Post-Tax Deductions/Contributions | $717.96 | $15,077.16 |
| Net Pay | $3,596.56 | $75,527.81 |
| Total Reimbursements | $717.96 | $15,879.60 |
| Health reimbursement arrangement | $717.96 | $15,077.16 |
| Mileage | $0.00 | $248.50 |
| Mileage 5650 | $0.00 | $259.70 |
| Meal 5601 | $0.00 | $10.04 |
| Expense Report | $0.00 | $284.20 |
| Check Amount | $4,314.52 | $91,407.41 |
| Total Hours Worked | 80.0 | 1680.0 |



# Earnings Statement

Pay period: Nov 16, 2025 - Nov 30, 2025 Pay Day: Nov 28, 2025
Troy Fuqua's bank account ( . . . 2985): $4,314.52

**Company**

Eskie & Associates LLC
12120 State Line Rd
Leawood, KS 66209
816-223-1046

**Employee**

Troy Fuqua
XXX-XX-3936
17289 S Allman Rd
Olathe, KS 66062

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $75.52 | 80.0 | $6,041.67 | $132,916.74 |
| **Totals** | | 80.0 | $6,041.67 | $132,916.74 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,001.96 | $22,043.12 |
| Social Security | $374.59 | $8,240.84 |
| Medicare | $87.60 | $1,927.29 |
| Kansas State Tax | $263.00 | $5,786.00 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $374.59 | $8,240.84 |
| Medicare | $87.60 | $1,927.29 |
| FUTA | $0.00 | $42.00 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $15,285.16 |
| Dental Insurance Employee | Deduction | $23.18 | $509.96 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,041.67 | $132,916.74 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,727.15 | $37,997.25 |
| Post-Tax Deductions/Contributions | $717.96 | $15,795.12 |
| Net Pay | $3,596.56 | $79,124.37 |
| Total Reimbursements | $717.96 | $16,597.56 |
| Health reimbursement arrangement | $717.96 | $15,795.12 |
| Mileage | $0.00 | $248.50 |
| Mileage 5650 | $0.00 | $259.70 |
| Meal 5601 | $0.00 | $10.04 |
| Expense Report | $0.00 | $284.20 |
| Check Amount | $4,314.52 | $95,721.93 |
| Total Hours Worked | 80.0 | 1760.0 |



# Earnings Statement

Company

Eskie & Associates LLC
12120 State Line Rd
Leawood, KS 66209
816-223-1046

Employee

Troy Fuqua
XXX-XX-3936
17289 S Allman Rd
Olathe, KS 66062

Pay period: Dec 1, 2025 - Dec 15, 2025 Pay Day: Dec 15, 2025
Troy Fuqua's bank account ( . . . 2985): $4,314.52

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $75.52 | 80.0 | $6,041.67 | $138,958.41 |
| Totals | | 80.0 | $6,041.67 | $138,958.41 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,001.96 | $23,045.08 |
| Social Security | $374.58 | $8,615.42 |
| Medicare | $87.61 | $2,014.90 |
| Kansas State Tax | $263.00 | $6,049.00 |

### Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $374.58 | $8,615.42 |
| Medicare | $87.61 | $2,014.90 |
| FUTA | $0.00 | $42.00 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $15,979.94 |
| Dental Insurance Employee | Deduction | $23.18 | $533.14 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,041.67 | $138,958.41 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,727.15 | $39,724.40 |
| Post-Tax Deductions/Contributions | $717.96 | $16,513.08 |
| Net Pay | $3,596.56 | $82,720.93 |
| Total Reimbursements | $717.96 | $17,315.52 |
| Health reimbursement arrangement | $717.96 | $16,513.08 |
| Mileage | $0.00 | $248.50 |
| Mileage 5650 | $0.00 | $259.70 |
| Meal 5601 | $0.00 | $10.04 |
| Expense Report | $0.00 | $284.20 |
| Check Amount | $4,314.52 | $100,036.45 |
| Total Hours Worked | 80.0 | 1840.0 |



# Earnings Statement

Pay period: Dec 16, 2025 - Dec 31, 2025 Pay Day: Dec 31, 2025
Troy Fuqua's bank account ( . . . 2985): $4,314.53

**Company**

Eskie & Associates LLC
12120 State Line Rd
Leawood, KS 66209
816-223-1046

**Employee**

Troy Fuqua
XXX-XX-3936
17289 S Allman Rd
Olathe, KS 66062

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $75.52 | 80.0 | $6,041.67 | $145,000.08 |
| Bonus | | | $0.00 | $2,500.00 |
| Totals | | 80.0 | $6,041.67 | $147,500.08 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,001.96 | $24,597.04 |
| Social Security | $374.58 | $9,145.00 |
| Medicare | $87.60 | $2,138.75 |
| Kansas State Tax | $263.00 | $6,437.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $374.58 | $9,145.00 |
| Medicare | $87.60 | $2,138.75 |
| FUTA | $0.00 | $42.00 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $16,674.72 |
| Dental Insurance Employee | Deduction | $23.18 | $556.32 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,041.67 | $147,500.08 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,727.14 | $42,317.79 |
| Post-Tax Deductions/Contributions | $717.96 | $17,231.04 |
| Net Pay | $3,596.57 | $87,951.25 |
| Total Reimbursements | $717.96 | $18,033.48 |
| Health reimbursement arrangement | $717.96 | $17,231.04 |
| Mileage | $0.00 | $248.50 |
| Mileage 5650 | $0.00 | $259.70 |
| Meal 5601 | $0.00 | $10.04 |
| Expense Report | $0.00 | $284.20 |
| Check Amount | $4,314.53 | $105,984.73 |
| Total Hours Worked | 80.0 | 1920.0 |

# gusto

# Earnings Statement

Pay period: Jan 1, 2026 - Jan 15, 2026 Pay Day: Jan 15, 2026
Troy Fuqua's bank account ( . . . 2985): $4,448.36

**Company**

Eskie & Associates LLC
12120 State Line Rd
Leawood, KS 66209
816-223-1046

**Employee**

Troy Fuqua
XXX-XX-3936
17289 S Allman Rd
Olathe, KS 66062

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $77.76 | 80.0 | $6,220.83 | $6,220.83 |
| Totals | | 80.0 | $6,220.83 | $6,220.83 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,023.58 | $1,023.58 |
| Social Security | $385.69 | $385.69 |
| Medicare | $90.20 | $90.20 |
| Kansas State Tax | $273.00 | $273.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $385.69 | $385.69 |
| Medicare | $90.20 | $90.20 |
| FUTA | $37.32 | $37.32 |
| Kansas State Unemployment Tax | $30.48 | $30.48 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $694.78 |
| Dental Insurance Employee | Deduction | $23.18 | $23.18 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,220.83 | $6,220.83 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,772.47 | $1,772.47 |
| Post-Tax Deductions/Contributions | $717.96 | $717.96 |
| Net Pay | $3,730.40 | $3,730.40 |
| Total Reimbursements | $717.96 | $717.96 |
| Health reimbursement arrangement | $717.96 | $717.96 |
| Check Amount | $4,448.36 | $4,448.36 |
| Total Hours Worked | 80.0 | 80.0 |



# Earnings Statement

Pay period: Jan 16, 2026 - Jan 31, 2026 Pay Day: Jan 30, 2026
Troy Fuqua's bank account ( . . . 2985): $4,448.36

**Company**

Eskie & Associates LLC
12120 State Line Rd
Leawood, KS 66209
816-223-1046

**Employee**

Troy Fuqua
XXX-XX-3936
17289 S Allman Rd
Olathe, KS 66062

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $77.76 | 80.0 | $6,220.83 | $12,441.66 |
| **Totals** | | 80.0 | **$6,220.83** | **$12,441.66** |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,023.58 | $2,047.16 |
| Social Security | $385.69 | $771.38 |
| Medicare | $90.20 | $180.40 |
| Kansas State Tax | $273.00 | $546.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $385.69 | $771.38 |
| Medicare | $90.20 | $180.40 |
| FUTA | $4.68 | $42.00 |
| Kansas State Unemployment Tax | $30.48 | $60.96 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $1,389.56 |
| Dental Insurance Employee | Deduction | $23.18 | $46.36 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,220.83 | $12,441.66 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,772.47 | $3,544.94 |
| Post-Tax Deductions/Contributions | $717.96 | $1,435.92 |
| Net Pay | $3,730.40 | $7,460.80 |
| Total Reimbursements | $717.96 | $1,435.92 |
| Health reimbursement arrangement | $717.96 | $1,435.92 |
| Check Amount | $4,448.36 | $8,896.72 |
| Total Hours Worked | 80.0 | 160.0 |



# Earnings Statement

Pay period: Feb 1, 2026 - Feb 15, 2026 Pay Day: Feb 13, 2026
Troy Fuqua's bank account ( . . . 2985): $4,686.15

| Company | Employee |
|---|---|
| Eskie & Associates LLC | Troy Fuqua |
| 12120 State Line Rd | XXX-XX-3936 |
| Leawood, KS 66209 | 17289 S Allman Rd |
| 816-223-1046 | Olathe, KS 66062 |

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $77.76 | 80.0 | $6,220.83 | $18,662.49 |
| Totals | | 80.0 | $6,220.83 | $18,662.49 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,023.58 | $3,070.74 |
| Social Security | $385.69 | $1,157.07 |
| Medicare | $90.21 | $270.61 |
| Kansas State Tax | $273.00 | $819.00 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $385.69 | $1,157.07 |
| Medicare | $90.21 | $270.61 |
| FUTA | $0.00 | $42.00 |
| Kansas State Unemployment Tax | $13.03 | $73.99 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $2,084.34 |
| Dental Insurance Employee | Deduction | $23.18 | $69.54 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,220.83 | $18,662.49 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,772.48 | $5,317.42 |
| Post-Tax Deductions/Contributions | $717.96 | $2,153.88 |
| Net Pay | $3,730.39 | $11,191.19 |
| Total Reimbursements | $955.76 | $2,391.68 |
| Health reimbursement arrangement | $717.96 | $2,153.88 |
| Expense Report | $237.80 | $237.80 |
| Check Amount | $4,686.15 | $13,582.87 |
| Total Hours Worked | 80.0 | 240.0 |



# Earnings Statement

Pay period: Feb 16, 2026 - Feb 28, 2026 Pay Day: Feb 27, 2026
Troy Fuqua's bank account ( . . . 2985): $4,448.35

**Company**
Eskie & Associates LLC
12120 State Line Rd
Leawood, KS 66209
816-223-1046

**Employee**
Troy Fuqua
XXX-XX-3936
17289 S Allman Rd
Olathe, KS 66062

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $77.76 | 80.0 | $6,220.83 | $24,883.32 |
| **Totals** | | **80.0** | **$6,220.83** | **$24,883.32** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,023.58 | $4,094.32 |
| Social Security | $385.70 | $1,542.77 |
| Medicare | $90.20 | $360.81 |
| Kansas State Tax | $273.00 | $1,092.00 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $385.70 | $1,542.77 |
| Medicare | $90.20 | $360.81 |
| FUTA | $0.00 | $42.00 |
| Kansas State Unemployment Tax | $0.00 | $73.99 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $2,779.12 |
| Dental Insurance Employee | Deduction | $23.18 | $92.72 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,220.83 | $24,883.32 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,772.48 | $7,089.90 |
| Post-Tax Deductions/Contributions | $717.96 | $2,871.84 |
| Net Pay | $3,730.39 | $14,921.58 |
| Total Reimbursements | $717.96 | $3,109.64 |
| Health reimbursement arrangement | $717.96 | $2,871.84 |
| Expense Report | $0.00 | $237.80 |
| Check Amount | $4,448.35 | $18,031.22 |
| Total Hours Worked | 80.0 | 320.0 |

Case 26-20494    Doc# 13    Filed 04/08/26    Page 14 of 16



# Earnings Statement

Pay period: Mar 1, 2026 - Mar 15, 2026 Pay Day: Mar 13, 2026
Troy Fuqua's bank account ( . . . 2985): $6,633.68

| **Company** | **Employee** |
| --- | --- |
| Eskie & Associates LLC | Troy Fuqua |
| 12120 State Line Rd | XXX-XX-3936 |
| Leawood, KS 66209 | 17289 S Allman Rd |
| 816-223-1046 | Olathe, KS 66062 |

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
| --- | --- | --- | --- | --- |
| Regular Hours | Salaried | $77.76 | 80.0 | $6,220.83 | $31,104.15 |
| **Totals** | | **80.0** | **$6,220.83** | **$31,104.15** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
| --- | --- | --- |
| Federal Income Tax | $1,023.58 | $5,117.90 |
| Social Security | $385.69 | $1,928.46 |
| Medicare | $90.20 | $451.01 |
| Kansas State Tax | $273.00 | $1,365.00 |

**Employer Tax**

| Company Tax | Current | Year To Date |
| --- | --- | --- |
| Social Security | $385.69 | $1,928.46 |
| Medicare | $90.20 | $451.01 |
| FUTA | $0.00 | $42.00 |
| Kansas State Unemployment Tax | $0.00 | $73.99 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
| --- | --- | --- | --- |
| Health Insurance (tax) | Deduction | $694.78 | $3,473.90 |
| Dental Insurance Employee | Deduction | $23.18 | $115.90 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
| --- | --- | --- | --- |
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
| --- | --- | --- |
| Gross Earnings | $6,220.83 | $31,104.15 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,772.47 | $8,862.37 |
| Post-Tax Deductions/Contributions | $717.96 | $3,589.80 |
| Net Pay | $3,730.40 | $18,651.98 |
| Total Reimbursements | $2,903.28 | $6,012.92 |
| Health reimbursement arrangement | $717.96 | $3,589.80 |
| Expense Report (2) | $2,185.32 | $2,423.12 |
| Check Amount | $6,633.68 | $24,664.90 |
| Total Hours Worked | 80.0 | 400.0 |

Case 26-20494    Doc# 13    Filed 04/08/26    Page 15 of 16



# Earnings Statement

Pay period: Mar 16, 2026 - Mar 31, 2026 Pay Day: Mar 31, 2026
Troy Fuqua's bank account ( . . . 2985): $4,659.34

**Company**

Eskie & Associates LLC
12120 State Line Rd
Leawood, KS 66209
816-223-1046

**Employee**

Troy Fuqua
XXX-XX-3936
17289 S Allman Rd
Olathe, KS 66062

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $77.76 | 80.0 | $6,220.83 | $37,324.98 |
| **Totals** | | **80.0** | **$6,220.83** | **$37,324.98** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $1,023.58 | $6,141.48 |
| Social Security | $385.69 | $2,314.15 |
| Medicare | $90.20 | $541.21 |
| Kansas State Tax | $273.00 | $1,638.00 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $385.69 | $2,314.15 |
| Medicare | $90.20 | $541.21 |
| FUTA | $0.00 | $42.00 |
| Kansas State Unemployment Tax | $0.00 | $73.99 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Health Insurance (tax) | Deduction | $694.78 | $4,168.68 |
| Dental Insurance Employee | Deduction | $23.18 | $139.08 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $6,220.83 | $37,324.98 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1,772.47 | $10,634.84 |
| Post-Tax Deductions/Contributions | $717.96 | $4,307.76 |
| Net Pay | $3,730.40 | $22,382.38 |
| Total Reimbursements | $928.94 | $6,941.86 |
| Health reimbursement arrangement | $717.96 | $4,307.76 |
| Expense Report | $210.98 | $2,634.10 |
| Check Amount | $4,659.34 | $29,324.24 |
| Total Hours Worked | 80.0 | 480.0 |