**Form odefo**  (Revised 06/2017)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  26–20494                              Chapter:  11

In re:

Troy B Fuqua
17289 S Allman Rd.
Olathe, KS 66062

SSN: xxx–xx–3936

| | Filed and Entered By The Court |
|---|---|
| **ORDER TO CORRECT DEFECTIVE DOCUMENT(S)** | **4/8/26**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The following document was filed in this matter and is defective for the following reason(s):

*Doc. 12* – Application to Employ W M Law and its Members as Debtor's Attorney Filed on behalf of Debtor Troy B Fuqua (Attachments: # 1 Matrix # 2 Affidavit in Support of Application for Employment), with Certificate of Service.(Blay, Ryan)

### Motion needs to be noticed per Rule 2002 with a Notice of Objection Deadline and Proposed Hearing Date.

The Court will take no further action and no hearing will be scheduled until the filer corrects the above–described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 15 – 12

s/  Robert D. Berger
Judge, United States Bankruptcy Court