| | | | |
|---|---|---|---|
| Debtor 1: | Troy B Fuqua | Social Security number or ITIN: | xxx–xx–3936 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _   EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of Kansas | Date case filed for chapter: | 11   4/1/26 |
| Case number / Presiding Judge: | 26–20494 / Robert D. Berger | Date Notice Issued: **4/6/26** | |

## Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)
## Notice of Chapter 11 Bankruptcy Case

12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Troy B Fuqua | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 17289 S Allman Rd. Olathe, KS 66062 | |
| 4. | **Debtor's attorney** Name and address | Ryan A Blay Wm Law 15095 W 116th St. Olathe, KS 66062 | Contact phone 913–422–0909 |
| 5. | **Bankruptcy trustee** Name and address | Robbin L Messerli PO Box 8686 Prairie Village, KS 66208 | Contact phone 913–948–4235 |

**For more information, see page 2 >**

Case 26-20494   Doc# 16   Filed 04/08/26   Page 1 of 6

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 161 Robert J. Dole US Courthouse 500 State Avenue Kansas City, KS 66101 | Office hours: 9:00 a.m. – 4:00 p.m. Monday–Friday  Contact phone  (913) 735–2110 |
|---|---|---|---|

| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 29, 2026 at 02:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting. Non–lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | Location: **Phone Number: (888) 330–1716, Access Code: 7221770#** |
|---|---|---|---|

| 8. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later. • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is:  6/29/26.** |  |
|---|---|---|---|
|  |  | **Deadline for filing proof of claim:** **For all creditors (except a governmental unit):** 6/10/26 **For a governmental unit:**                          9/28/26 A proof of claim is a signed statement describing a creditor's claim. You may complete and file an electronic proof of claim at www.ksb.uscourts.gov/epoc or a proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |  |
|  |  | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
|---|---|---|

**For more information, see page 3 >**

| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
|---|---|
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

In re:                                                                              Case No. 26-20494-RDB

Troy B Fuqua                                                                         Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2026 | Form ID: 309E2 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy B Fuqua, 17289 S Allman Rd., Olathe, KS 66062-7542 |
| 10264509 | + | Axiom Flooring LLC, c/o Registered Agent, 16334 S Summertree Lane, Olathe KS 66062-7927 |
| 10264508 | + | Axiom Flooring LLC, 15225 Broadmoor St., Overland Park KS 66223-3199 |
| 10264512 | + | Boulder Hills Homes Ass'n, Inc, c/o Travis Schram, agent, 6300 W. 143rd St, Ste. 200, Overland Park KS 66223-5500 |
| 10264515 | + | Central Bank of the Midwest, c/o MVP Law FIrm, 10 E. Cambridge Circle Dr,, Ste. 300, Kansas City KS 66103-1342 |
| 10264521 | + | Eleanor Murray, 15082 Highway FF, Mount Vernon MO 65712-8417 |
| 10264523 | + | KU Medical Center, 2330 Shawnee Mission Parkway, #200, Mission KS 66205-2005 |
| 10264525 | | Pappas Hayden Westberg & Jack, 7500 W 100th St, Ste. 110, Attn: Gregory Pappas &, Austin Hayden, Overland Park KS 66210 |
| 10264534 | | Toyota Financial Services, Credit Dispute Research Team, Cedar Rapids IA 52409 |
| 10264539 | + | Valon Mortgage, Inc., 1501 W Fountainhead Parkway S, Tempe AZ 85282-1868 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: John.Nemecek@USDOJ.GOV | Apr 06 2026 20:15:00 | John Nemecek, DOJ-Ust, 301 North Main Street, Ste 1150, Wichita, KS 67202 |
| aty | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Apr 06 2026 20:15:00 | Jordan M Sickman, DOJ-Ust, 301 North Main, Suite 1150, Wichita, KS 67202-4811 |
| aty | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Apr 06 2026 20:15:00 | Richard A Kear, DOJ-Ust, 301 N Main St, Suite 1150, Wichita, KS 67202-4811 |
| aty | | Email/Text: blay@wagonergroup.com | Apr 06 2026 20:15:00 | Ryan A Blay, Wm Law, 15095 W 116th St., Olathe, KS 66062 |
| tr | + | Email/Text: rob.messerli@gunrockvp.com | Apr 06 2026 20:15:00 | Robbin L Messerli, PO Box 8686, Prairie Village, KS 66208-0686 |
| ust | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Apr 06 2026 20:15:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |
| 10264506 | + | Email/PDF: bncnotices@becket-lee.com | Apr 06 2026 20:14:36 | American Express, PO Box 981537, El Paso TX 79998-1537 |
| 10264507 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 06 2026 20:15:00 | Apple Card - GS Bank ISA, Lockbox 6112, PO BOX 7247, Philadelphia PA 19170-6112 |
| 10264510 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 06 2026 20:15:00 | BANK OF AMERICA, PO BOX 982238, El Paso TX 79998-2238 |
| 10264511 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 06 2026 20:15:00 | Barclay's Bank Delaware, PO Box 8803, Wilmington DE 19899-8803 |
| 10264513 | | Email/Text: gocadle@cadleco.com | Apr 06 2026 20:15:00 | Cadles of West Virginia LLC, 100 North Center St, c/o The Cadle Company, Newton Falls OH 44444-1321 |
| 10264514 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2026 20:14:30 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |

| Account | | Notice | Time | Recipient |
|---|---|---|---|---|
| 10264518 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 06 2026 20:14:37 | Credit One Bank, PO Box 60500, City of Industry CA 91716-0500 |
| 10264516 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 06 2026 20:14:31 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 10264517 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 06 2026 20:14:31 | Credit One Bank, PO Box 98875, Las Vegas NV 89193-8875 |
| 10264519 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2026 20:14:30 | Discover by Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 10264520 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2026 20:14:33 | Discover by Capital One, 15000 Capital One Dr., Richmond VA 23238-1119 |
| 10264504 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 06 2026 20:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 10264522 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 06 2026 20:14:30 | JPMCB Card, PO Box 15369, Wilmington DE 19850-5369 |
| 10264503 | | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Apr 06 2026 20:15:00 | Kansas Department of Revenue, PO Box 12005, Topeka KS 66612-2005 |
| 10264524 | | Email/Text: carla.reed@mazuma.org | Apr 06 2026 20:15:00 | Mazuma Credit Union, 9300 Troost Ave, Kansas City MO 64131-3008 |
| 10264505 | | Email/Text: ecfnotices@dor.mo.gov | Apr 06 2026 20:15:00 | Missouri Department of Revenue, PO Box 475, Jefferson City MO 65105-0475 |
| 10264526 | + | Email/Text: recovery@paypal.com | Apr 06 2026 20:15:00 | Paypal, 2211 N 1st St, San Jose CA 95131-2021 |
| 10264527 | | Email/Text: michelle.chesebro@sba.gov | Apr 06 2026 20:15:00 | SBA, 1000 Walnut St STE 500, Kansas City MO 64106 |
| 10264528 | + | Email/Text: bankruptcynotices@sba.gov | Apr 06 2026 20:15:00 | SBA, 409 3rd St., SW, Washington DC 20416-0005 |
| 10264533 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 06 2026 20:14:36 | SYNCB/VENMO, PO BOX 71737, Philadelphia PA 19176-1737 |
| 10264530 | | Email/Text: bankruptcynotices@sba.gov | Apr 06 2026 20:15:00 | Small Business Administration, PO Box 3918, Portland OR 97208-3918 |
| 10264529 | + | Email/Text: lrsc.legal@sba.gov | Apr 06 2026 20:15:00 | Small Business Administration, Commercial Loan Service Center, Attention: Purchase Unit, 2120 Riverfront Dr. Suite 100, Little Rock AR 72202-1794 |
| 10264531 | + | Email/Text: bankruptcynotices@sba.gov | Apr 06 2026 20:15:00 | Small Business Administration (SBA), District Counsel, 220 West Douglas Ave, Ste. 450, Wichita KS 67202-3137 |
| 10264532 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 06 2026 20:14:36 | Syncb/Venmo, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 10264537 | | Email/Text: usaks.ecfkcbank@usdoj.gov | Apr 06 2026 20:15:00 | US Attorney, 500 State Ave 360, Kansas City KS 66101 |
| 10264535 | + | Email/Text: bankruptcynotices@sba.gov | Apr 06 2026 20:15:00 | United States SBA, District Counsel, 220 West Douglas Ave., Ste. 450, Wichita KS 67202-3137 |
| 10264536 | + | Email/Text: larnold4@kumc.edu | Apr 06 2026 20:15:00 | University of Kansas Medical, 3901 Rainbow Boulevard, attn: billing, Kansas City KS 66160-8500 |
| 10264540 | | Email/Text: exceptionreview@vivint.com | Apr 06 2026 20:15:00 | Vivint Smart Home, 4931 North 300 West,, Provo UT 84604 |
| 10264538 | | Email/Text: bankruptcy@valon.com | Apr 06 2026 20:15:00 | Valon Mortgage, Inc., 9450 SW Gemini Dr, PMB 28754, Beaverton OR 97008-7105 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Richard A Kear | on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov |
| Robbin L Messerli | rob.messerli@gunrockvp.com |
| Ryan A Blay | on behalf of Debtor Troy B Fuqua blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 6