**Form odefo**  (Revised 06/2017)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  26–20494                                      Chapter:  11

In re:

Troy B Fuqua
17289 S Allman Rd.
Olathe, KS 66062

SSN: xxx–xx–3936

| | |
|---|---|
| **ORDER TO CORRECT DEFECTIVE DOCUMENT(S)** | **Filed and Entered By The Court**<br>**5/27/26**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The following document was filed in this matter and is defective for the following reason(s):

*Doc. 1* – Chapter 11 Small Business, SubChapter V Voluntary Petition Individual. Fee Amount $1738 Filed by Troy B Fuqua Chapter 11 Plan due by 06/30/2026. Debtor Declaration Re: Electronic Filing due by 04/8/2026. (Blay, Ryan)

**The following documents are required: Balance Sheet, Statement of Operations, Cash–flow Statement, or a statement under penalty of perjury that none of the documents exist.**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above–described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 43 – 1

s/  Robert D. Berger
Judge, United States Bankruptcy Court