# Notice Recipients

District/Off: 1083–2            User: admin            Date Created: 5/27/2026

Case: 26–20494            Form ID: odefo            Total: 1

**Recipients of Notice of Electronic Filing:**

aty            Ryan A Blay            blay@wagonergroup.com

TOTAL: 1