**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | | |
|---|---|---|---|
| In re: | TROY B FUQUA<br>Debtor and Debtor-in-Possession | )<br>) | Case No. 26-20494<br>Chapter 11 (Voluntary) |

# INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM APRIL 1, 2026 THROUGH JULY 31, 2026

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to Troy B. Fuqua., the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $7885.00 and reimbursement of expenses in the amount of $0 for a total amount of $7885.00 incurred from April 1, 2026 through July 31, 2026, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code. In support of this Application, WM Law respectfully represents as follows:

## BACKGROUND

1. Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on April 1, 2026 (the "Petition Date").

2. WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case. On May 21, 2026, this Court entered an order approving the Application to Employ WM Law as Counsel. (Doc.#40).

3. WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $250.00-$400.00 per hour for services by WM Law's attorneys and $175 per hour for paralegals.

4. As of the filing of this Application, WM Law is holding the remaining pre-petition balance of $18,025 in trust ($21,738 less $3,713 for the Chapter 11 filing fee and pre-filing fees) and would seek to apply this first to any fees and expenses approved under this motion.

5. All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

## SUMMARY OF SERVICES RENDERED

6. Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $7,885 and reimbursement of expenses in the amount of $0 for a

total amount of $7,885 incurred from April 1, 2026 through July 31, 2026  A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

## VALUATION OF SERVICES

7. Attorneys and paraprofessionals of WM Law have expended a total of 20.5 hours in connection with this matter from April 1, 2026 through July 31, 2026, as fully set forth in the Summary Sheet attached hereto as **Exhibit C.** The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from April 1, 2026 through July 31, 2026 in the amount of $7,885 in attorney's fees and $0 in expenses.

8. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## CASE STATUS

9. No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10. The source of compensation sought is from the income and assets of the bankruptcy estate.

11. The Debtor has not yet filed its Chapter 11, Subchapter V Plan  The Debtor is still exploring options with respect to its Plan.

12. WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from April 1, 2026 through July 31, 2026, in the amount of $7,885 and reimbursement of expenses in the amount of $0 for a total amount of $7,885 incurred from April 1, 2026 through July 31, 2026, attached hereto as Exhibit A, for the Debtor's review.

**WHEREFORE**, WM Law seeks approval of legal fees in the amount of $7.885 and reimbursement of expenses in the amount of $0 for a total amount of $7,885 incurred from April 1, 2026 through July 31, 2026 and authorization to apply first the funds held in trust, in accordance with Title 11 of the United States Code.

Dated: August 4, 2026.

Respectfully submitted,
WM Law

/s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR TROY B. FUQUA, DEBTOR.

## NOTICE OF OBJECTION DEADLINE ON DOC. #46 MOTION TO EXTEND TIME TO FILE THE SUBCHAPTER V PLAN OF REORGANIZATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the Motion to Extend Time to File The Subchapter B Plan of Reorganization with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **September 8, 2026** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151/144**, Kansas City, Kansas 66101, on **October 15, 2026 at 1:30 p.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan A. Blay