**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com

**Troy Fuqua**
17289 S Allman Rd.
Olathe, KS 66062
Phone: (913) 226-5367
Email: trobrafuq@outlook.com

| Invoice Date | Invoice Number |
|---|---|
| 05/04/2026 | 10206 |
| **Terms** | **Service Through** |
| | 04/30/2026 |

**Billing Summary**

| | |
|---|---|
| **Total Hours** | 5.10 hrs |
| **Total Labor** | $1,950.00 |
| **Total Invoice Amount** | $1,950.00 |
| **Previous Balance** | $3,713.00 |
| 4/10/2026 Payment - Check<br>check from trust for Chapter 11 filing fee<br>and pre-filing fees | ($3,713.00) |
| **Balance (Amount Due)** | **$1,950.00** |

**In Reference To: Troy Fuqua**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/08/2026 | Ryan Blay | initial debtor interview by phone with US Trustee's offfice | 1.00 | $ 400.00/hr | $400.00 |
| 04/08/2026 | Ryan Blay | prepared and signed IDI checklist and disclosures with client following IDI | 0.70 | $ 400.00/hr | $280.00 |
| 04/09/2026 | Ryan Blay | e-mail to Lawrence Greenbaum re court summons and notice of Chapter 11 filing | 0.40 | $ 400.00/hr | $160.00 |
| 04/09/2026 | Ryan Blay | e-mails regarding Paypal and SOFA | 0.40 | $ 400.00/hr | $160.00 |
| 04/17/2026 | Ryan Blay | e-mails with Joanie Cook at US Bankruptcy Court regarding setting of status conference | 0.40 | $ 400.00/hr | $160.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/17/2026 | WM Law Paralegal | filed 1116 statement - RT | 0.40 | $ 175.00/hr | $70.00 |
| 04/21/2026 | Ryan Blay | e-mails with US Trustee and client regarding check received from Goldman Sachs bank | 0.30 | $ 400.00/hr | $120.00 |
| 04/29/2026 | Ryan Blay | Section 341 meeting of creditors by phone with Mr. Fuqua present in our office. Discussion following regarding additional documents requested | 1.50 | $ 400.00/hr | $600.00 |

| | |
|---|---|
| **Total Hours** | 5.10 hrs |
| **Total Labor** | $1,950.00 |
| **Total Amount** | $1,950.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com

**Troy Fuqua**
17289 S Allman Rd.
Olathe, KS 66062
Phone: (913) 226-5367
Email: trobrafuq@outlook.com

| Invoice Date | Invoice Number |
|---|---|
| 06/08/2026 | 10215 |
| **Terms** | **Service Through** |
| | 05/31/2026 |

**Billing Summary**

| | |
|---|---|
| **Total Hours** | 5.20 hrs |
| **Total Labor** | $2,080.00 |
| **Total Invoice Amount** | $2,080.00 |
| **Previous Balance** | $1,950.00 |
| **Balance (Amount Due)** | **$4,030.00** |

**In Reference To: Troy Fuqua**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/2026 | Ryan Blay | e-mails to counsel for Mazuma and Valon regarding attempts to reach adequate protection proposal | 0.60 | $ 400.00/hr | $240.00 |
| 05/04/2026 | Ryan Blay | e-mail to accountant regarding proposal to pay for returns through NFS to avoid need for employment application | 0.30 | $ 400.00/hr | $120.00 |
| 05/14/2026 | Ryan Blay | e-mails with Eva Kozeny, counsel for mortgage lender, regarding adequate protection and loan modification paperwork | 0.50 | $ 400.00/hr | $200.00 |
| 05/14/2026 | Ryan Blay | e-mails with counsel for Mazuma to follow up on adequate protection and resolution of motion for relief from stay/adequate protection | 0.80 | $ 400.00/hr | $320.00 |

| | | | | | |
|---|---|---|---|---|---|
| 05/14/2026 | Ryan Blay | e-mails with US Trustee with client information documenting bank statements, gambling, and discussing DIP account challenges | 1.30 | $ 400.00/hr | $520.00 |
| 05/19/2026 | Ryan Blay | e-mails with client and US Trustee regarding expired insurance policy paperwork and renewals | 0.70 | $ 400.00/hr | $280.00 |
| 05/21/2026 | Ryan Blay | Subchapter V Status Report with the court | 1.00 | $ 400.00/hr | $400.00 |

| | |
|---|---|
| **Total Hours** | 5.20 hrs |
| **Total Labor** | $2,080.00 |
| **Total Amount** | $2,080.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com

WM LAW
Here to Help.

**Troy Fuqua**
17289 S Allman Rd.
Olathe, KS 66062
Phone: (913) 226-5367
Email: trobrafuq@outlook.com

| Invoice Date | Invoice Number |
|---|---|
| 07/01/2026 | 10222 |
| **Terms** | **Service Through** |
| | 07/01/2026 |

**Billing Summary**

| | |
|---|---|
| **Total Hours** | 7.60 hrs |
| **Total Labor** | $2,815.00 |
| **Total Invoice Amount** | $2,815.00 |
| **Previous Balance** | $4,030.00 |
| **Balance (Amount Due)** | **$6,845.00** |

**In Reference To: Troy Fuqua**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/2026 | Ryan Blay | e-mails with client regarding job transitions and impact on drafting of Chapter 11 plan | 0.60 | $ 400.00/hr | $240.00 |
| 06/08/2026 | Ryan Blay | e-mail with client regarding status of Monthly Operating Reports, income for plan | 0.40 | $ 400.00/hr | $160.00 |
| 06/08/2026 | Ryan Blay | emails with subchapter V trustee and US Trustee regarding job situation and intent to either seek additional time to file plan or convert | 0.80 | $ 400.00/hr | $320.00 |
| 06/18/2026 | Ryan Blay | drafted May monthly operating report | 1.00 | $ 400.00/hr | $400.00 |
| 06/18/2026 | WM Law Paralegal | filed May monthly operating report - RT | 0.50 | $ 175.00/hr | $87.50 |

| | | | | | |
|---|---|---|---|---|---|
| 06/23/2026 | Ryan Blay | e-mails with client and 1 call (.8) regarding changes to employment situation and time needed to ascertain new income and prepare plan | 1.80 | $ 400.00/hr | $720.00 |
| 06/25/2026 | Ryan Blay | drafted motion to extend time to file plan in light of Mr. Fuqua's employment situation | 1.00 | $ 400.00/hr | $400.00 |
| 06/25/2026 | WM Law Paralegal | filed motion for extension of time to file plan - RT | 0.50 | $ 175.00/hr | $87.50 |
| 06/29/2026 | Ryan Blay | e-mails with counsel for Mazuma regarding adequate protection payments | 1.00 | $ 400.00/hr | $400.00 |

| | |
|---|---|
| **Total Hours** | 7.60 hrs |
| **Total Labor** | $2,815.00 |
| **Total Amount** | $2,815.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com

**Troy Fuqua**
17289 S Allman Rd.
Olathe, KS 66062
Phone: (913) 226-5367
Email: trobrafuq@outlook.com

| Invoice Date | Invoice Number |
|---|---|
| 08/04/2026 | 10230 |
| **Terms** | **Service Through** |
| | 07/31/2026 |

**Billing Summary**

| | |
|---|---|
| **Total Hours** | 2.60 hrs |
| **Total Labor** | $1,040.00 |
| **Total Invoice Amount** | $1,040.00 |
| **Previous Balance** | $6,845.00 |
| **Balance (Amount Due)** | **$7,885.00** |

**In Reference To: Troy Fuqua**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/20/2026 | Ryan Blay | e-mails with client and US Trustee's office regarding updated auto insurance policies | 0.60 | $ 400.00/hr | $240.00 |
| 07/24/2026 | Ryan Blay | drafted and filed monthly operating report for June 2026 | 1.20 | $ 400.00/hr | $480.00 |
| 07/29/2026 | Ryan Blay | e-mails with counsel for Mazuma and client regarding missed adequate protection payments | 0.80 | $ 400.00/hr | $320.00 |

| | |
|---|---|
| **Total Hours** | 2.60 hrs |
| **Total Labor** | $1,040.00 |
| **Total Amount** | $1,040.00 |