# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

Counsel advised Debtor on filing the bankruptcy petition under Chapter 11 of the Bankruptcy Code. Counsel then obtained court approval to serve as Debtor's Counsel. The Section 341 Meeting of Creditors was held and concluded.

Debtor is exploring his options regarding a Subchapter V Plan. The Debtor is current on his monthly operating reports through the report due for the month of June 2026