Summary Sheet: Attorney/Paralegal Time

Ryan A. Blay, Attorney:

Mr. Blay has over 16 years of bankruptcy experience and was the primary attorney on this matter. He spent 19.1 hours of time, from April 1, 2026 through July 31, 2026, working on all aspects of the Debtor's case.

Rosana Tovalin, Paralegal:

Ms. Tovalin has over 6 years of experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm. She spent 1.4 hours of billable time from April 1, 2026 through July 31, 2026.